UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE LARDNER, <br> 5604 32nd Street NW <br> Washington, DC 20015, <br>     Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530, <br>     Defendant. | ) <br> ) <br> )   Case No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

1. This action is brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to challenge the decision of the Department of Justice ("DOJ") to withhold information about the work of the Office of the Pardon Attorney ("OPA").

**JURISDICTION**

2. This Court has jurisdiction under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

**PARTIES**

3. Plaintiff George Lardner has requested the records at issue. Mr. Lardner has a contract to author a book on the history and use of the presidential pardon power.

4. Defendant DOJ is an agency of the United States. OPA is a component of DOJ and has possession of and control over the records that Plaintiff seeks.

**FACTUAL BACKGROUND**

5. OPA receives and reviews petitions seeking all forms of executive clemency, except for petitions relating to military offenses. OPA investigates clemency requests and prepares a report and recommendation for the President.

### Request for Names of Unsuccessful Clemency Applicants

6. By letter dated April 10, 2008, Mr. Lardner requested under FOIA the identities of pardon applicants and commutation applicants whose applications were denied since President George W. Bush took office. The letter explained that, in a prior FOIA case, *Lardner v. Department of Justice*, 2005 WL 758267 (D.D.C. Mar. 31, 2005), OPA had been ordered to release the names of unsuccessful pardon applicants, as the court had concluded that disclosure would shed light on the exercise of the pardon power and that, "indeed, a claim could be made that it is essential to an understanding of the circumstances in which the executive chooses to grant or deny a pardon and the factors that bear on that decision."

7. By letter dated May 22, 2008, OPA denied the April 10, 2008 FOIA request, citing FOIA's personal privacy exemptions (6 and 7(C)) and *Judicial Watch v. Department of Justice*, 365, F.3d 1108, 1124-26 (D.C. Cir. 2004). The letter further stated that under OPA's "established policy, we must have each applicant's prior written consent or proof of death before releasing these documents to a third party."

8. By letter to DOJ's Office of Information and Privacy dated June 9, 2008, Mr. Lardner appealed the denial of his April 10, 2008 FOIA request. His appeal letter noted that the cited portion of *Judicial Watch* did not address disclosure of the names of clemency applicants, but rather the disclosure of sensitive information contained in clemency files, and that his request did not seek any such information. The letter also pointed out that OPA routinely confirms whether a particular person has been granted or denied clemency or has a petition pending. Finally, he again pointed to the 2005 decision in *Lardner v. Department of Justice*.

9. By letter dated June 26, 2008, DOJ acknowledged receipt of the appeal letter. DOJ has not substantively responded to the appeal.

**Request for OPA Annual Reports**

10. By letter dated February 11, 2008, Mr. Lardner requested under FOIA copies of the annual reports of OPA from 1996 forward, and any quarterly status reports of OPA from 1996 forward.

11. By letter dated April 18, 2008, OPA responded to the February 11, 2008 FOIA request. OPA released the requested annual and quarterly reports, but redacted certain information from the quarterly status reports, citing FOIA exemptions 5, 6, and 7(C).

12. By letter dated June 7, 2008, Mr. Lardner appealed the redactions that constitute a partial denial of his request. The appeal letter noted that the redacted material appears to be factual information stating some of the reasons why OPA missed its numerical goals for processing petitions. He noted that, to the extent that privacy concerns are implicated, OPA could redact the name of the individual involved, rather than the entire sentence explaining why OPA failed to meet its goal. His appeal letter also discussed the strong public interest in release of information about OPA's progress in processing clemency applications.

13. By letter dated June 20, 2008, DOJ acknowledged receipt of the appeal letter. DOJ has not substantively responded to the appeal.

**FIRST CAUSE OF ACTION**

14. Plaintiff has a statutory right under FOIA to the records it seeks relating to the names of unsuccessful pardon and commutation applicants and to the withheld portions of OPA's quarterly status reports. No legal basis exists for Defendant's refusal to disclose them to Plaintiff.

## CLAIM FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

(A)  Declare that Defendant's withholding of the requested records is unlawful under FOIA;

(B)  Order Defendant to make the requested material available to Plaintiff;

(C)  Award Plaintiff his costs and reasonable attorney fees pursuant to 5 U.S.C. § 552(a)(4)(E); and

(D)  Grant such other relief as this Court may deem just and proper.

Dated: August 12, 2008                          Respectfully submitted,

    /s/
Allison M. Zieve
(D.C. Bar No. 424786)
Adina H. Rosenbaum
(D.C. Bar No. 490928)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC  20009
(202) 588-1000

Counsel for Plaintiff George Lardner

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
George Lardner

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Washington, DC
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000

## DEFENDANTS
U.S. Department of Justice

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01398
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/12/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ⊙ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⊙ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Action under the Freedom of Information Act, 5 USC 552, seeking disclosure of agency records unlawfully withheld.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 8-12-08   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.