UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE LARDNER,<br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br>    Defendant. | )<br>)<br>)  Case No. 08-1398 (CKK)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

1. I am the office manager at Public Citizen Litigation Group, counsel for plaintiff George Lardner in the above-captioned case.

2. On August 12, 2008, I hand delivered a copy of the complaint filed in this case on that date, along with a summons, the Court's initial ECF order, and the form for consent to proceed before a magistrate judge, to the Office of the United States Attorney, addressed as follows:

United States Attorney's Office
555 4th Street NW
Washington, DC 20530

Winnie Haight in mail room 1410 accepted the envelope of documents.

2. Also on August 12, 2008, I sent by certified mail, return receipt requested a copy of the complaint filed in this case on that date, along with a summons, the Court's initial ECF order, and the form for consent to proceed before a magistrate judge, in envelopes addressed as follows:

Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

The return receipts confirming receipt of both mailings have been received by my office.

Dated: September 4, 2008

*Marybeth Stiles*
Marybeth Stiles