UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE LARDNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 08-1398 CKK |

## STIPULATION

The parties hereby stipulate and agree that certain of Plaintiff's claims have been resolved by agreement of the parties, as set forth below:

OPA agrees to forward to Plaintiff (with a copy to Plaintiff's counsel) a letter: (1) confirming that each of the redactions that were based on 5 U.S.C. §§ 552(b)(6) and 552(b)(7)(C) ("Exemption b6/7C") in the quarterly status reports relates to health issues concerning one or more members of OPA, and (2) advising separately for each such report the numbers of OPA members referenced in the information so redacted, provided that the indication may offer a range of numbers so long as the range is no greater than two (e.g. it would be sufficient to identify a single staff member as "one to two staff members" and it would be sufficient to identify two staff members in the same manner).

OPA will make a discretionary disclosure of all of the previously redacted material withheld under Exemption b5 from the quarterly status reports sought by Plaintiff.

The letter and disclosure described herein will be completed on or before October 23, 2008.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff voluntarily dismisses those portions of the Complaint that were based on Plaintiff's request for copies of OPA's annual and quarterly status reports.

Respectfully submitted,

_Allison M. Zieve w/ permission WMN_
ALLISON M. ZIEVE, DC Bar #424786
ADINA ROSENBAUM, DC Bar #490928
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000
fax: (202) 588-7795

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 514-7230

October 16, 2008