UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE LARDNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 08-1398 CKK |

**STIPULATION**

On July 31, 2009, this Court entered judgment in this case. On September 29, 2009, defendant Department of Justice filed a notice of appeal. On October 1, 2009, the parties filed a stipulation agreeing to "hold in abeyance the issues of fees and costs until 21 days after the resolution of the appeal." The Court signed that stipulation the same day.

On October 28, 2010, the court of appeals issued a decision affirming this Court's grant of summary judgment in this case. The parties then stipulated and the Court ordered that the issues of fees and costs would be held in abeyance until 21 days after the judgment in this case became final for all purposes. The judgment became final for all purposes on January 26, 2011.

The parties now stipulate and agree as follows:

1. Defendant shall pay $51,000.00 in attorney fees and costs to Plaintiff, in full satisfaction of any claim for attorney fees or costs associated with this case. Payment of this amount will be made by check or electronic wire transfer within a reasonable time after notification of the Court's entry of this stipulation and after receipt of information from counsel for Plaintiff needed to effectuate the payment.



2. The Court retains jurisdiction over enforcement of the provisions of this stipulation.

February 9, 2011

Respectfully submitted,

/s/
ALLISON M. ZIEVE, ESQ
DC Bar #424786
ADINA ROSENBAUM, ESQ.
DC Bar #490928
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000

RONALD C. MACHEN JR., DC Bar #447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, DC Bar #434122
Chief, Civil Division

By: /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
mark.nebeker@usdoj.gov

SO ORDERED, this 9th day of February, 2011.

UNITED STATES DISTRICT JUDGE

-2-